IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORBA, INC.

  Plaintiff

v.             Civil No. 97-1083(SEC)

MBR INDUSTRIES, INC.

  Defendant

## ORDER

On July 13, 1999 counsel for the parties attended a settlement conference before the undersigned **(Minutes, Docket #37)**. At said conference, counsel informed the Court that they had agreed to settle the case and that they would be filing a settlement stipulation to that effect that would include a monthly payment plan of the settlement amount. However, counsel have failed to file the required settlement stipulation. Pursuant to that, parties are hereby **ORDERED** to **FILE** the settlement stipulation by **September 13, 1999**. Failure to do so may result in the imposition of sanctions.

**SO ORDERED.**

In San Juan, Puerto Rico, this _1st_ day of September, 1999.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev 8/82)