# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Orba, Inc.
_____
Plaintiff(s)

vs.                                     Civil No. 97-1083 (SEC)

MBR Industries, Inc.
_____
Defendant(s)

RECEIVED & FILED
1999 SEP 17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 9/14/99   DOCKET: 39   TITLE: Informative Motion Submitting Stipulation

[✓] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)

DISPOSITION:

[ ] GRANTED                              [ ] DENIED

[✓] NOTED                                [ ] MOOT

## ADDITIONAL COMMENTS:

As soon as Mr. B. Pomeranc has signed the stipulation, the same should be submitted to the Court for issuance of judgement.

16 IX 99
DATE

/s/ Salvador E. Casellas
SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE