IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORBA, INC.              *
                        *
    Plaintiff           *
                        *   Civil No. 97-1083(SEC)
    v.                  *
                        *
MBR INDUSTRIES, INC.    *
                        *
    Defendant           *
************************************

## ORDER TO SHOW CAUSE

On September 1st, 1999, this Court issued an order compelling the parties to file a settlement stipulation pursuant to an agreement reached on July 13, 1999 at a settlement conference held before the undersigned judge **(Docket # 38)**. On September 11, 1999, counsel for the plaintiffs filed an "Informative Motion Submitting Stipulation," in partial compliance with this Court's order **(Docket #39)**, because the stipulation that was submitted along with the motion lacked the signature of Mr. Bernie Pomeranc, in representation of MBR Industries, Inc., the defendant in the above-referenced case. On September 16, 1999, the Court acknowledged the parties' partial compliance with its order of September 1st, 1999, and ordered that as soon as the signature of Mr. Bernie Pomeranc was obtained, the completed stipulation should be submitted to the Court for approval **(Docket #40)**. Over three months have passed since that date and the parties have failed to provide a completed Stipulation for Voluntary Dismissal and Settlement Agreement or otherwise inform this Court as to the efforts made in obtaining the missing signature.

Accordingly, the Court hereby **ORDERS** the plaintiff **TO SHOW CAUSE** within ten (10) days of this order (**until January 14, 2000**) why this case should not be dismissed for lack



AO 72A
(Rev. 8/82)

**Civil No. 95-1325(SEC)**                                                                 2

of prosecution, pursuant to Fed. R.Civ.P. 41(b) and why sanctions should not be imposed according to Local Rules 114 and 312(1).

**SO ORDERED.**

*[signature]*
HON. SALVADOR E. CASELLAS
United States District Judge