UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORBA, INC.
    Plaintiff
        v.                      Civil No. 97-1083(SEC)
MBR INDUSTRIES, INC.
    Defendant

**ORDER**

| MOTION | RULING |
|---|---|
| Docket #42<br>**Motion Showing Caused** | **Granted**. The Court is retaining jurisdiction over the above-referenced case. Plaintiff is **ORDERED** to keep the Court informed of the efforts made toward the end of this litigation. |
| Docket #43<br>**Informative Motion and In Compliance with Settlement Agreement** | **Noted**. However, the Court informs defendant that proof of payment of the last amount due ($20,098.63) was not attached to his motion. Moreover, the parties must comply with the requirements of Fed. R. Civ. P. 41(a) by filing a stipulation "signed by all parties who have appeared in the action." Id. The defendant has caused prejudice to plaintiffs and to this Court by failing to comply with the requirements of said rule. |

DATE: January 19, 2000

SALVADOR E. CASELLAS
United States District Judge


