IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORBA, INC.

    Plaintiffs

v.

MBR INDUSTRIES, INC.

    Defendants

Civil No. 97-1083(SEC)

## ORDER

Before the Court are several motions regarding the settlement of the above-referenced case. Back in September 1, 1999, plaintiffs filed an informative motion submitting a joint stipulation for the voluntary dismissal with prejudice of the above-referenced case **(Docket #39)**. Although there was a controversy in regards to Mr. Bernie Pomeranc's missing signature in the original "Stipulation of Voluntary Dismissal with Prejudice, Settlement Agreement and Release," that problem is academic at this point. It appears from plaintiffs' motion to show cause **(Docket #42)** and the defendant's informative motions **(Docket #43 and 45)** that the terms of the settlement agreement reached by the parties have been fully complied with and that *dismissal* of this action *with prejudice* is warranted at this time. Therefore, the Court hereby **ORDERS** that the above referenced matter be **DISMISSED WITH PREJUDICE**. Judgement shall be entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 28th day of January, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)