IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORBA, INC.                              *
                                        *
    Plaintiffs                         *
                                        *   Civil No. 97-1083(SEC)
    v.                                  *
                                        *
MBR INDUSTRIES, INC.                    *
                                        *
    Defendants                          *
**************************************

## JUDGEMENT

Pursuant to this Court's Order of even date, the above-referenced case is hereby **DISMISSED WITH PREJUDICE**. Judgement is here entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this _28_ day of January, 2000.

                              SALVADOR E. CASELLAS
                              United States District Judge

AO 72A
(Rev. 8/82)